**DISMISS and Opinion Filed June 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-16-01236-CV**

**ANIKA GLOVER, Appellant**
**V.**
**APOLLO HOUSING, LP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-04737-E**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Goldstein

We reinstate this appeal. In 2016, we abated this case due to Anika Glover's bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on October 25, 2018, effectively dissolving the automatic stay.

We notified the parties by letter dated May 7, 2021, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b),(c); *Chan v. SLK Builders, LLC.*, 2021 WL 2134157, at *1 (Tex. App.—Dallas May 26, 2021, no pet. h.) (mem. op.).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

161236F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANIKA GLOVER, Appellant

No. 05-16-01236-CV          V.

APOLLO HOUSING, LP, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas

Trial Court Cause No. CC-16-04737-E.

Opinion delivered by Justice Goldstein. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered June 8, 2021